UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CLARENCE HIGHBAUGH, JR.,          )<br>                                                             )<br>                    Petitioner,         )<br>     vs.                                            )          1:06-cv-1445-DFH-TAB<br>                                                             )<br>SUPERINTENDENT CRAIG HANKS,  )<br>                                                             )<br>                    Respondent.        ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date:   10/10/2006

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Clarence J. Highbaugh, Jr.
DOC #919059
NEW CASTLE CORRECTIONAL FACILITY
P.O. BOX A
NEW CASTLE, IN 47362